IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | Case No.: 8:18CB11 |
|---|---|
| Plaintiff, | Violation No.: 6483257 NE14 |
| vs. | **ORDER TO APPEAR** |
| ALI H. OSMAN, | |
| Defendant. | |

You are ordered to appear for your next court hearing on December 26, 2018 at 9:00 a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated this 27th day of November, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

11/27/2018
Date

_____
Defendant