# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ALI H. OSMAN,<br><br>              Defendant. | 8:18CB11<br>Violation No.: 6483257 NE14<br><br>DISMISSAL ORDER |

This matter is before the Court on the United States' Motion for Dismissal [11]. The Court, being duly advised in the premises, finds that said Motion should be sustained.

IT IS HEREBY ORDERED:

The United States' Motion for Dismissal [11] is granted. The violation in the above-captioned case as to the defendant ALI H. OSMAN is dismissed without prejudice.

DATED this 29th day of November, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge